PEOPLE *v.* JENKINS

Appeal from Recorder's Court of Detroit, Robert J. Colombo, J. Submitted Division 1 January 8, 1970, at Detroit. (Docket No. 7,481.) Decided January 29, 1970.

L. V. Jenkins was convicted of assault with intent to commit rape. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *William B. McIntyre, Jr.,* Assistant Prosecuting Attorney, for the people.

*Lawrence R. Greene,* for defendant.

Before: LESINSKI, C. J., and J. H. GILLIS and QUINN, JJ.

PER CURIAM. Defendant was convicted by jury verdict of assault with intent to commit rape. MCLA § 750.85 (Stat Ann 1962 Rev § 28.280). On appeal, defendant contends that the prosecution failed to identify defendant as the perpetrator of the alleged offense. A review of the record reveals that the testimony of the complaining witness, if believed, was sufficient to identify defendant as her assailant. Her testimony occurred in a context in which it was clear that the witness was referring to defendant.

Affirmed.